Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−14673−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Malik D. Cox
    15 Maple Place
    Keyport, NJ 07735

Social Security No.:
    xxx−xx−5865

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/8/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 8, 2016
JJW: dmi

                              James J. Waldron
                              Clerk

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                          Case No. 16-14673-CMG
Malik D. Cox                                                                    Chapter 13
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                Page 1 of 1         Date Rcvd: Aug 08, 2016
                             Form ID: 148               Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2016.
db             +Malik D. Cox,    15 Maple Place,     Keyport, NJ 07735-1937
lm             +BANK OF AMERICA,    PO Box 31785,    Tampa, FL 33631-3785
516054351     #+A-1 Collections,    101 Grovers Mill Road,     Suite 303,    Lawrence Township, NJ 08648-4706
516054352      +Albany County Clerk,    32 N. Russell Road,     Albany, NY 12206-1321
516054353      +Bank of America Home Loans,     P.O. Box 31785,    Tampa, FL 33631-3785
516321848       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
516054354      +Fein Such Kahn & Shepard P.C.,     7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
516054355      +Internal Revenue Service,     P.O. Box 931000,    Louisville, KY 40293-1000
516054356       Monmouth County Sheriff's Office,     2500 Kozloski Road,    Freehold, NJ 07728
516054357      +Monmouth County Superior Court,     71 Monument Park,    Freehold, NJ 07728-1789
516054358       Tmobile,    Attn: Bankruptcy Department,    P.O. Box 54310,     Bellevue, WA 98015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2016 23:06:38       U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2016 23:06:36       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516111090       EDI: GMACFS.COM Aug 08 2016 22:53:00       Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
516081667       EDI: RMSC.COM Aug 08 2016 22:53:00       Synchrony Bank,
                 c/o of Recovery Management Systems Corp,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516096030       EDI: WFFC.COM Aug 08 2016 22:53:00       Wells Fargo Bank NA,    POB 19657,
                 Irvine, CA 92623-9657
516054359      +EDI: WFFC.COM Aug 08 2016 22:53:00       Wells Fargo Dealer Services,    P.O. Box 168048,
                 Irving, TX 75016-8048
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2016 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Brian E Caine     on behalf of Creditor    BANK OF AMERICA, N.A. bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George E Veitengruber, III     on behalf of Debtor Malik D. Cox Gveitengruberesq@gmail.com
              Tammy L. Terrell     on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
                                                                                             TOTAL: 6
```